# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JZON EDWARD BUCKNER,<br><br>    Petitioner,<br><br>v.<br><br>U.S. MARSHAL, FRESNO,<br><br>    Respondent. | Case No. 5:24-cv-01166-SPG-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DENYING the Petition and dismissing this action WITHOUT PREJUDICE for lack of jurisdiction.

**IT IS SO ORDERED.**

DATED: February 12, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE