# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JZON EDWARD BUCKNER,<br><br>Petitioner,<br><br>v.<br><br>U.S. MARSHAL, FRESNO,<br><br>Respondent. | Case No. 5:24-cv-01166-SPG-AJR<br><br>**JUDGMENT ORDER** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 12, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE